**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

**CASE NO.: 5:24-CV-00123-M**

IN RE: GOLDEN CORRAL DATA BREACH LITIGATION

**NOTICE OF SPECIAL**
**APPEARANCE**

Please take notice that the undersigned Daniel Srourian hereby enters a notice of special appearance as counsel for Ashley Hunt in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated: August 28, 2024

/s/ Daniel Srourian
Daniel Srourian
Srourian Law Firm, P.C.
3435 Wilshire Blvd., Ste. 1710
Los Angeles, CA 90010
Phone: 213-474-3800
Fax: 213-471-4160

/s/ David M. Wilkerson
David M. Wilkerson
The Van Winkle Law Firm
1 N. Market Street
Asheville, NC 28801
Phone: (828) 258-2991
Fax: (828) 257-2767
dwilkerson@vwlawfirm.com
NC State Bar No. 35742
Local Civil Rule 83.1(d) Attorney for Plaintiff