IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-123-M-BM

| | | |
|---|---|---|
| In Re: GOLDEN CORRAL DATA BREACH LITIGATION | ) ) ) | **ORDER** |

This matter is before the court on the parties' joint status report and motion for briefing schedule [DE-27], filed pursuant to the court's October 17, 2024 order [DE-26]. The parties provide that they have reached a settlement in principle and request forty-five (45) days to prepare settlement paperwork and move for preliminary approval of their class-wide settlement. *See* [DE-27] at 1.

For good cause shown for the reasons stated in the motion, the court ALLOWS the request of the parties, and ORDERS that this action and all deadlines are stayed in order to allow the parties the requested time to prepare the appropriate settlement paperwork and file a motion for preliminary approval of their class-wide settlement. No later than **January 16, 2025**, the parties are DIRECTED to file either (i) their motion for preliminary approval of their class-wide settlement, or (ii) a joint report advising the court of the status of the settlement and the parties' position(s) regarding further scheduling in this matter.

SO ORDERED, this 3rd day of December, 2024.

_____
Brian S. Meyers
United States Magistrate Judge