# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| IN RE: GOLDEN CORRAL DATA BREACH LITIGATION | Case No.: 5:24-cv-00123-M-BM |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Yasmeenah Morrow, Wayland Bennett, Ashley Hunt, Mika Inelus, Amber Walker and Christie Brooks, individually and behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiffs and Golden Corral Corporation ("Defendant"), and the attachments thereto (including the Short Form Notice, the Long Form Notice, the Claim Form, the Proposed Preliminary Approval Order, and the Proposed Final Approval Order) filed herewith in support of this Motion as fair, reasonable, and adequate;

2. Provisionally certify the Settlement Class pursuant to Rule 23 for settlement purposes only;

3. Approve the Notice Program set forth in the Settlement Agreement, including the form and content of the notices attached to the Settlement Agreement as Exhibits A and B;

4. Designate Plaintiffs as Class Representatives;

5. Approve the retention of Kroll Settlement Administration LLC as Settlement Administrator;

6. Approve the procedures set forth in Section VI of the Settlement Agreement (Exhibit A to the supporting Declaration) for Settlement Class Members to exclude themselves from the Settlement Class or object to the Settlement;

7. Approve the use of a claim form substantially similar to that attached as Exhibit C to the Settlement Agreement, filed herewith;

8. Further stay the Action of otherwise adjourn litigation deadlines pending Final Approval of the Settlement;

9. Stay and/or enjoin, pending Final Approval of the Settlement, any actions brought by Settlement Class Members concerning a Released Claim; and

10. Schedule a Final Approval Hearing for a time and date convenient for the Court 120 days or more after a Preliminary Approval Order is entered, at which the Court will conduct an inquiry into the fairness of the Settlement, final approval of the Settlement and consideration of Settlement Class Counsel's Motion for Award of Fees, Expenses, Expenses, and Service Awards for the Class Representatives.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Gary M. Klinger filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (both Short and Long Form); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the [Proposed] Final Approval Order; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

## CERTIFICATE OF CONFERRAL

    I hereby certify that Plaintiffs' Counsel has conferred with Counsel for Defendant, and is authorized to represent that this Motion is unopposed.


Dated: January 17, 2025

                                        */s/ Gary M. Klinger*
                                        Gary M. Klinger
                                        **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
                                        227 W. Monroe Street, Suite 2100
                                        Chicago, IL 60606
                                        Tel: 866-252-0878
                                        Fax: 865-522-0049
                                        gklinger@milberg.com

                                        ***Interim Lead Class Counsel***

                                        Samuel J. Strauss
                                        Raina C. Borrelli
                                        **Straus Borrelli PLLC**
                                        980 N. Michigan Avenue, Suite 1610
                                        Chicago, Illinois 60611
                                        sam@straussborrelli.com
                                        raina@straussborrelli.com

                                        William B. Federman
                                        Kennedy M. Brian
                                        **Federman & Sherwood**
                                        10205 N. Pennsylvania
                                        Oklahoma City, OK 73120
                                        Telephone: (405) 235-1560
                                        Facsimile: (405) 239-2112
                                        wbf@federmanlaw.com

                                        Philip J. Krzeski
                                        **CHESTNUT CAMBRONNE PA**
                                        100 Washington Avenue South, Suite 1700
                                        Minneapolis, MN 55401
                                        Phone: (612) 339-7300
                                        Fax: (612) 336-2940
                                        pkrzeski@chestnutcambronne.com

Todd S. Garber
**FINKELSTEIN, BLANKINSHIP FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Tel.: (914) 298-3281
tgarber@fbfglaw.com
Daniel Srourian
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Plaintiffs' Executive Committee*

Scott C. Harris
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5003
sharris@milberg.com

*Plaintiffs' Local Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I filed the foregoing document with the Court via CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Gary M. Klinger*
Gary M. Klinger