IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: GOLDEN CORRAL DATA BREACH LITIGATION | Case No.: 5:24-cv-00123-M-BM |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSEES, AND SERVICE AWARDS**

Plaintiffs Yasmeenah Morrow, Wayland Bennett, Ashley Hunt, Mika Inelus, Amber Walker, and Christie Brooks ("Plaintiffs") submit their Motion for Attorneys' Fees, Costs, and Service Awards. In support of their Motion, Plaintiffs file contemporaneously herewith their Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards (the "Memorandum") and the Declaration of Gary M. Klinger.

For the reasons set forth in their Memorandum, Plaintiffs respectfully request this Court grant Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards and enter an Order consistent with the relief requested therein.

Dated: April 15, 2025

Respectfully Submitted,

/s/ Gary M. Klinger
Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
Fax: 865-522-0049
gklinger@milberg.com

*Interim Lead Class Counsel*

Samuel J. Strauss
Raina C. Borrelli
**STRAUS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
sam@straussborrelli.com
raina@straussborrelli.com

William B. Federman
Kennedy M. Brian
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

Philip J. Krzeski
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
pkrzeski@chestnutcambronne.com

Todd S. Garber
**FINKELSTEIN, BLANKINSHIP FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Tel.: (914) 298-3281
tgarber@fbfglaw.com

Daniel Srourian
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr., Suite 200
Los Angeles, California 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Plaintiffs' Executive Committee*

Scott C. Harris
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5003
sharris@milberg.com

*Plaintiffs' Local Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I filed the foregoing document with the Court via CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Gary M. Klinger*
Gary M. Klinger