UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| In Re: Golden Corral Data Breach Litigation | Case No. 5:24-cv-00123-M-BM |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs Yasmeenah Morrow, Wayland Bennett, Ashley Hunt, Mika Inelus, Amber Walker, and Christie Brooks, individually and behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Grant final approval to the settlement described in the "Settlement Agreement" between Plaintiffs and Golden Corral Corporation ("Defendant") as fair, reasonable, and adequate;

2. Finally certify the Settlement Class pursuant to Rule 23;

3. Finally approve the appointment of Plaintiffs as Class Representatives;

4. Finally approve the appointment of Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC as Class Counsel;

5. Grant Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards filed on April 15, 2025 (ECF 37);

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; (3) The Declaration of

the Settlement Administrator in support of this Motion; (4) the Settlement Agreement; (5) the Preliminary Approval Order (ECF 35); (6) the [Proposed] Final Approval Order; (7) the records, pleadings, and papers filed in this action; and (8) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion on June 19, 2025.

For the reasons described in Plaintiffs' memorandum of law in support of this motion, Plaintiffs respectfully request that this Court grant the motion and enter the proposed Order and proposed Judgment.

Respectfully submitted this 5th day of May 2025.

Respectfully Submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
Fax: 865-522-0049
gklinger@milberg.com

*Interim Lead Class Counsel*

Samuel J. Strauss
Raina C. Borrelli
**STRAUS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
sam@straussborrelli.com
raina@straussborrelli.com

William B. Federman
Kennedy M. Brian
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

Philip J. Krzeski
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
pkrzeski@chestnutcambronne.com

Todd S. Garber
**FINKELSTEIN, BLANKINSHIP FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Tel.: (914) 298-3281
tgarber@fbfglaw.com

Daniel Srourian
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr., Suite 200
Los Angeles, California 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Plaintiffs' Executive Committee*

Scott C. Harris
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5003
sharris@milberg.com

*Plaintiffs' Local Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I filed the foregoing document with the Court via CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Gary M. Klinger*
Gary M. Klinger
