IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00123-M-BM

IN RE: GOLDEN CORRAL DATA
BREACH LITIGATION

ORDER

This matter comes before the court on the parties' Joint Motion for Leave to Appear Remotely at Hearing. [DE 42]. The parties seek permission to appear by videoconference at the final approval hearing on Monday, May 19, 2025, at 2:00 p.m. For good cause shown, the motion is GRANTED. Counsel for the parties may appear at the final approval hearing by videoconference. The Clerk of Court is directed to provide counsel with all information necessary for remote appearance. Any interested party, including notified class members, may still appear in person for the hearing in Courtroom 1 at the Alton Lennon Federal Courthouse, 2 Princess Street, Wilmington, North Carolina 28401.

SO ORDERED this 12th day of May, 2025.

_Richard E. Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE